# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY VONE CAIBY,<br>**Plaintiff,**<br><br>v.<br><br>TAMELA FERGUSON,<br>**Defendant.** | :<br>:<br>:<br>: **CIVIL ACTION NO. 19-CV-0423**<br>:<br>:<br>: |

## ORDER

AND NOW, this 29th day of May, 2019, upon consideration of Plaintiff Anthony Vone Caiby's Amended Complaint (ECF No. 16), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
**WENDY BEETLESTONE, J.**